UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HRISTO GOCHEV, *et al.*, <br><br>                          Plaintiffs, <br><br>      v. <br><br> FIRST AMERICAN PROPERTY AND CASUALTY INSURANCE CO., <br><br>                          Defendant. | Case No. C22-159-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On October 4, 2023, per this Court's Scheduling Order, the parties' submitted proposed jury instructions. (Dkt. ## 42, 47.) However, the parties failed to submit jury instructions in the joint and disputed formats required by this Court's Local Civil Rule ("LCR") 51. *See* LCR 51(e)-(f).

Pursuant to LCR 51(f):

If the parties cannot agree on one complete set of instructions, verdict forms, and interrogatories, they shall file two documents with the court. The first document, titled "Joint Instructions," shall reflect all agreed-upon instructions, verdict forms, and interrogatories. The second document, titled "Joint Statement of Disputed

MINUTE ORDER - 1

Instructions," shall present each disputed instruction, verdict form, and/or interrogatories in the following order:

(1) At the top of the page, the proposed language shall be set forth with an identification of the party proposing it and a statement of any legal authority in support of the proposed language (not to exceed one page);

(2) Immediately following the proposed language and supporting legal authority, the opposing party shall set forth its alternative language, if any, and its objections to the proposed language along with any legal authority in support of the objections (not to exceed one page).

Accordingly, the parties are directed to submit proposed jury instructions in the manner format required by LCR 51 by **October 10, 2023**.

Dated this 5th day of October, 2023.

Ravi Subramanian
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2