UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HRISTO "CHRIS" GOCHEV, a married individual, and KAISER ENTERPRISES, LLC, <br><br>            Plaintiffs, <br><br>      v. <br><br> FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, <br><br>            Defendant. | Case No. C22-159-MLP <br><br> PRETRIAL ORDER |

## JURISDICTION

Jurisdiction is vested in this court by virtue of 28 USC § 1332 diversity jurisdiction. Defendant is a foreign corporation located in California, and plaintiffs are Washington residents. The amount in controversy exceed $75,000.

## CLAIMS AND DEFENSES

The plaintiff will pursue at trial the following claims: breach of the duty to deal in good faith, violation of the Consumer Protection Act of Washington, and violation of the Insurance Fair Conduct Act. The defendant will pursue the following affirmative defenses and/or claims: Kaiser Industries is not an insured and therefore has no standing to bring any claim against First

Pre-Trial Order - 1

BROOKS LAW FIRM
8201 164TH AVE. NE. SUITE 200
REDMOND, WA 98052
(425) 296 9025   FAX (425) 296 4969

American, none of plaintiffs' claims are covered, First American's claim practices were reasonable, plaintiffs failed to give 20-day notice pursuant to RCW 48.30.015(8) prior to filing suit and plaintiffs failed to mitigate their damages, if any.

## ADMITTED FACTS

The following facts are admitted by the parties:

1. Mr. Gochev purchased a homeowners' insurance policy from First American covering the residence where his former wife lives, 21527 Poplar Way, Brier, WA 98035. Mr. Gochev moved out of the location on Poplar Way in 2018 and into his residence where this loss occurred, at 21508 SR 9 SE, Woodinville, Washington.

2. On January 12, 2021, a major windstorm occurred which blew down several trees on a different lot owned by Hristo "Chris" Gochev. This is the location where Mr. Gochev resides and where he operates his business.

3. At the time of this loss, Gochev was residing at that property and used it to store several personal items and a large amount of equipment on the property personal and/or for business use. His company was Kaiser Enterprise, LLC. Kaiser does excavation and construction work.

4. On the property was a storage container, a freight shipping container, a box truck and a city bus which they used for storage, all of which were severely damaged because trees had fallen on them along with other property.

5. Gochev reported the loss to First American on January 20, 2021 and First American confirmed receipt of the claim and requested that Gochev provide photos of the damage and that he prepare an inventory of damaged property that day.

6. First American issued an initial payment of $2,000.00 for a storage container on February 23, 2021. The claims process then took several months and a final payment was issued

Pre-Trial Order - 2

after September 30, when they paid an additional 20,581.99 on the claim. Plaintiff does not dispute the amount of the payment.

      7.      During the claims process, Gochev and Kaiser were asked to store the damage property on the premises. Mr. Gochev claims that this interfered with his personal life and his business.

Outside Presence of Jury:

      8.      Plaintiff sent a notice of IFCA claim over 20 days prior to filing, but defendant claims that the notice was legally insufficient. This issue is a matter of law for the court to decide outside the presence of jury.

## ISSUES OF LAW

The following are the issues of law to be determined by the court:

1. Did defendant violate the Insurance Faird Conduct Act, CPA, and breach the duty to act in good faith?
2. Was plaintiff's IFCA notice insufficient?
3. Is Kaiser entitled to recover any of the claimed damages?
4. Is Gochev entitled to recover any of the claimed damages?

## EXPERT WITNESSES

(a)      Only plaintiff has named an expert.

(b)      Stephen L. Strzelec, 7647 Splashing Falls Drive, Las Vegas Neveda; 206-427-4322

## OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a)      On behalf of plaintiff:

Pre-Trial Order - 3

1. Hristo Gochev, co Brooks Law Firm, 8201 164th Ave. NE, Suite 200, Redmond, WA 98052 (425)296-9025. Gochev will testify as to his claims and damages both for he and Kaiser.

2. Darrell M. Harber, Harber Appraisal, 621 Pacific Ave., Suite 17, Tacoma, WA 98402. Darrell M. Harber will testify regarding property damage, the claim, the claims handling, and whether and when damage should have been paid.

3. Elizabeth Williamson, office manager with Kaiser Trucking, who may be reached Kaiser's counsel Ray Brooks, 8201 164th Ave. NE, Suite 200, Redmond, WA 98052, 425-296-9025. Will testify as to the claims and damages suffered by Mr. Gochev and Kaiser.

(b) On behalf of defendant:

1. Rory Leid, of WATHEN, LEID, HALL, RIDER P.C. at 222 Etruria Street | Seattle, WA 98109 206.622.0494. Mr. Lied will testify as to his efforts to get Mr. Gochev to appear for his Examination Under Oath, the documents requested from, and provided by Mr. Gochev, and the subject matter of the Examination Under Oath.

2. Employees of Kaiser Enterprises, LLC who were present during clean-up of the debris.

3. Representative of Strikecheck, who was retained by First American to inspect the inventory contents claimed.

4. Darrell Harber of Harber Apprisal, Mr. Gochev's public adjuster.

## **EXHIBITS**

Identify each exhibit with a number, which becomes the number for the exhibit at the trial and appears on the exhibit tag with the following information in table format:

Plaintiff's Exhibits

| Ex. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 1. | Photos(2021-0629) | | | | |
| 2. | Photos (1) | | | | |
| 3. | Photos Satelite View | | | | |

Pre-Trial Order - 4

| | |
|---|---|
| 4. | Photos of Damages (1-30) |
| | Images 3584-3792 |
| 5. | Invoice from Affordable Storage |
| 6. | Letter to Rory Lied August 17, 2021 |
| 7. | Damages Estimates folder provided by request of Defendant |
| 8. | IFCA Notice |
| 9. | Insurance Payment of Claim |
| 10. | Letter Explaining Coverage and Paying Claim |
| 11. | Internal FA Claims Documents |
| 12. | Communications by Defendant |
| 13. | Payments made on claims by Defendant |
| 14. | Inventory Taken on Claim by Defendant |
| 15. | Corres. Leid re EUO date |
| 16. | Corres. Leid 4-28-21 re EUO and to send certified copy of policy |
| 17. | Corres. Leid 9-21 requesting more documents |
| 18. | Corres. Leid 6-21-23 regarding inspection and more information |
| 19. | ROR Letter to Claimant |
| 20. | COR Brooks 041421 |
| 21. | Email Stating Why Cancelling Inspection |
| 22. | COR Brooks 0482021 |
| 23. | Letter to EUO Attorney Re Issues |
| 24. | COR Brooks 070221 |
| 25. | Email of May 7, 2021 from G. Peloquin with Attachments |
| 26. | Email of April 28, 2021 from Jan Sherred with Attac |

Pre-Trial Order - 5

BROOKS LAW FIRM
8201 164TH AVE. NE. SUITE 200
REDMOND, WA 98052
(425) 296 9025   FAX (425) 296 4969

Defendant's Exhibits

| Exhibit No. | Description | Bates Number | Authenticity | Admissibility |
|---|---|---|---|---|
| 101 | Photo 1 | IMG 3695 | | |
| 102 | Photo 2 | IMG 3741 | | |
| 103 | Photo 3 | IMG 3743 | | |
| 104 | Photo 4 | IMG 3739 | | |
| 105 | Photo 5 | IMG 3742 | | |
| 106 | Photo 6 | IMG 3693 | | |
| 107 | Photo 7 | IMG 3771 | | |
| 108 | Photo 8 | IMG 3774 | | |
| 109 | First American Claim Diary | FA000110-FA000115 | | |
| 110 | Correspondence form Peloquin to Gochev. 1/20/2021 | FA001104-FA001106 | | |
| 111 | Email Peloquin to Gochev 1/20/2021 | FA000116-122 | | |
| 112 | Letter from Peloquin to Harber 2/10/2021 | FA001111-1117 | | |
| 113 | Email and Ltr. of Rep. from Harber to Peloquin. 2/9/2021. | FA000159-FA000168 | | |
| 114 | Correspondence from Peloquin nto Harber. 2/10/2021 | FA001111-FA001117 | | |
| 115 | Email from Harber to Peloquin. 2/15/2021 | FA000169-FA000177 | | |
| 116 | Email from Peloquin to Gochev. 2/19/2021 | FA000188 | | |
| 117 | Email from Peloquin to Lathrop. 2/19/2021 | FA000200-FA000202 | | |
| 118 | $2,000 check for storage unit. 2/23/2021. | FA001313 | | |
| 119 | Email from Peloquin to Lathrop. 2/24/2021 | FA000212-FA000215 | | |
| 120 | Email from Peloquin to Lathrop. 3/1/2021 | FA000275 – FA000281 | | |
| 121 | Email from Peloquin to Lathrop. 3/17/2021 | FA000453-FA000455 | | |
| 122 | Email from Lathrop to Peloquin. 3/26/2021 | FA000473 | | |

Pre-Trial Order - 6

| | | | | |
|---|---|---|---|---|
| 123 | Cleanup invoice. 3/28/2021 | FA001762 | | |
| 124 | Corresp. from Peloquin to Lathrop. 3/30/2021 | FA001122-FA001127 | | |
| 125 | Correspondence from Brooks to Peloquin. 4/1/2021 | FA001128 | | |
| 126 | Corresp. from Peloquin to Brooks. 4/12/2021 | FA001131-FA001133 | | |
| 127 | Corresp. from Leid to Brooks. 4/14/2021. | FA001134-FA001136 | | |
| 128 | G4S Report. 4/15/2021 | FA001139-FA001142 | | |
| 129 | Shipping Container Invoices. 3/4/2021 – 4/20/2021. | Examination Under Oath Ex. 8 | | |
| 130 | Email from Harber to Peloquin. 4/21/2021 | FA000580-FA000586 | | |
| 131 | Correspondence from Leid to Brooks. 4/28/2021 | FA001143-FA001144 | | |
| 132 | Report from G4S. 4/30/2021 | FA001145-FA001149 | | |
| 133 | Email from Sherred to Brooks. 5/25/2021 | FA000685-FA000687 | | |
| 134 | Email from Leid to Brooks. 5/25/2021 | FA000689-FA000695 | | |
| 135 | Correspondence from Leid to Brooks. 6/4/2021 | FA001152-FA001153 | | |
| 136 | Supplemental report from G4S. 6/21/2021 | FA001156-FA001158 | | |
| 137 | Correspondence from Leid to Brooks. 6/21/2021. | | | |
| 138 | Correspondence from Leid to Brooks. 7/2/2021 | FA001159-FA001160 | | |
| 139 | Correspondence from Leid to Brooks. 7/26/2021 | FA001163-FA001164 | | |
| 140 | Inventory Form with invoices. Undated. | FA001354-FA001357 | | |
| 141 | Kaiser Enterprises Property Inventory and Invoice. 8/10/2021 | FA001789-FA001790 | | |
| 142 | Email from Leid to Brooks confirming receipt of inventory (EX. 130). 8/18/2021. | FA000875-FA000876 | | |

Pre-Trial Order - 7

| 143 | Correspondence from Leid to Brooks. 8/23/2021 | FA001168 | | |
|---|---|---|---|---|
| 144 | Correspondence from Leid to Brooks. 8/31/2021 | FA001169-FA001182 | | |
| 145 | Correspondence from Leid to Brooks with Examination Under Oath transcript. 9/1/2023 | FA001183-FA001291 | | |
| 146 | Correspondence from Leid to Brooks. 9/13/2021 | FA001294 | | |
| 147 | Email from Brooks to Leid. 9/22/2021 | FA001074-FA001077 | | |
| 148 | Correspondence from Peloquin to Brooks. 9/28/2021 | FA001298-FA001302 | | |
| 149 | $20,581.99 payment from First American to Gochev | FA001321 | | |
| 150 | Correspondence from Brooks to First American Notice of IFCA Claim. 12/7/2021. | | | |
| 151 | IFCA Cover Sheet. 12/8/2021 | | | |
| 152 | Correspondence from Leid to Brooks. 12/18/2021 | FA0001310-FA0001311 | | |
| 153 | Gochev's First American Policy | | | |
| 154 | Kaiser's Enterprises, LLC's Liberty Mutual Policy | | | |
| 155 | Progressive Commercial Auto Policy | | | |
| 156 | Cleanup invoice. Undated. | FA001795-FA001803 | | |
| 157 | Cleanup invoice. Undated. | FA001795-FA001803 | | |
| 158 | Invoices from Kaiser Enterprises for cleanup. Undated. | Examination Under Oath Ex. 7 | | |

Pre-Trial Order - 8

The parties are not objecting each other's exhibits based upon authenticity, but may have objections based on relevance or may redact some exhibits based upon the court's pre-trial rulings.

### ACTION BY THE COURT

(a) This case is scheduled for trial before a jury on October 16, 2023.

(b) Trial briefs shall be submitted to the court on or before October 4, 2023.

(c) Jury instructions requested by either party shall be submitted to the court on or before October 4, 2023. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before October 4, 2023.

This Order has been approved by the parties as evidenced by the signatures of their counsel. This Order shall control the subsequent course of the action unless modified by a subsequent order. This Order shall not be amended except by Order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 13th day of October, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

Pre-Trial Order - 9

**BROOKS LAW FIRM**
8201 164TH AVE. NE. SUITE 200
REDMOND, WA 98052
(425) 296 9025   FAX (425) 296 4969

FORM APPROVED

Dated this **October 4th, 2023.**

                                         BROOKS LAW FIRM

                                         By _____
                                          Ray C. Brooks, WSBA No. 37768
                                          Attorney for Plaintiff

DATED this 4th day of October, 2023.

                                         KILMER, VOORHEES & LAURICK, P.C.

                                         *s/Robert S. May*
                                         Robert S. May, WSBA No. 36116
                                         2701 NW Vaughn Street, Suite 780
                                         Portland OR 97210
                                         (503) 224-0055
                                         rmay@kilmerlaw.com
                                         Of Attorneys for Defendant

Pre-Trial Order - 10