# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HRISTO GOCHEV,<br><br>      Plaintiff,<br><br>  v.<br><br>FIRST AMERICAN PROPERTY AND CASUALTY INSURANCE CO.,<br><br>      Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-159-MLP |

X  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on the jury's responses on the verdict form (dkt. # 75), the jury found in favor of Plaintiff in the amount of $5760.00 for past economic damages on Plaintiff's claims against Defendant for violation of the Washington Insurance Fair Conduct Act and insurer's failure to act in good faith. Plaintiff's remaining claims are DISMISSED. Plaintiff is awarded attorney's fees in the amount of $106,893.00.

Dated January 19, 2024.

                Ravi Subramanian
                Clerk of Court

                s/Tim Farrell
                Deputy Clerk